# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 2:22-CR-092-AMM-NAD** |
| | ) | |
| **KOBE SOLOMON WATERS** | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Katherine P. Bounds, Assistant Federal Public Defender for the Northern District of Alabama, and enters her notice on behalf of Defendant, Kobe Solomon Waters, in the above-styled case.

This 12th day of April, 2022.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/ Katherine P. Bounds**
Katherine P. Bounds
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
kate_bounds@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/ Katherine P. Bounds**